UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-09267-DOC | Date | August 20, 2026 |
| Title | In Re Modern Floor Specialists Inc. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Karlen Dubon | Not Reported |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On July 27, 2026, the Court issued an ORDER TO SHOW CAUSE (Dkt.18). Appellant was ordered to show cause in writing, on or before August 10, 2026 why this appeal should not be dismissed for lack of prosecution. Appellant failed to make an adequate and/or timely response to the Court's order.

Therefore, the Court **ORDERS** that this appeal is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

- : -

Initials of Deputy Clerk kdu